138 A.3d 608

**METROPOLITAN EDISON COMPANY, Petitioner**

v.

**CITY OF READING, Respondent.**

Supreme Court of Pennsylvania.

June 6, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

Did the Commonwealth Court err in holding that the City of Reading was immune from liability for property damage caused by Reading's negligent conduct despite the [u]tility [s]ervice [f]acility exception to governmental immunity contained within the Tort Claims Act, 42 Pa.C.S. § 8542(b)(5)?